NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BLACKBIRD TECH LLC, DBA BLACKBIRD TECHNOLOGIES,**
*Plaintiff-Appellant*

**v.**

**LULULEMON ATHLETICA, INC.,**
*Defendant-Appellee*

---

2017-2350

---

Appeal from the United States District Court for the District of Delaware in No. 1:15-cv-00930-RGA, Judge Richard G. Andrews.

---

**JUDGMENT**

---

CHRISTOPHER FREEMAN, Blackbird Technologies, Chicago, IL, argued for plaintiff-appellant. Also represented by WENDY VERLANDER, Boston, MA; STAMATIOS STAMOULIS, Stamoulis & Weinblatt LLC, Wilmington, DE.

AARON GABRIEL FOUNTAIN, DLA Piper US LLP, Austin, TX, argued for defendant-appellee. Also represented by JOHN GUARAGNA; BRIAN BIGGS, DENISE SEASTONE KRAFT, Wilmington, DE.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, WALLACH, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

September 6, 2018          /s/ Peter R. Marksteiner
     Date              Peter R. Marksteiner
                            Clerk of Court